# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-640-088**

Effective date of registration:

November 5, 2012

---

### Title
- **Title of Work:** Under The Bed

### Completion/ Publication
- **Year of Completion:** 2012

### Author
- **Author:** SITE B, LLC
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Domiciled in:** United States

### Copyright claimant
- **Copyright Claimant:** SITE B, LLC
  13636 Ventura Blvd., Suite 469, Sherman Oaks, CA, 91423, United States
- **Transfer Statement:** By written agreement

### Limitation of copyright claim
- **Material excluded from this claim:** script/screenplay
- **Previous registration and year:** PAu 3-551-569   2011
- **New material included in claim:** production as a motion picture

### Rights and Permissions
- **Organization Name:** SITE B, LLC
- **Address:** 13636 Ventura Blvd.
  Suite 469
  Sherman Oaks, CA 91423  United States

### Certification

Page 1 of 2

**Name:** Ben Rabbers
**Date:** October 24, 2012

---

**Correspondence:** Yes

**Registration #:** PAU003640088
**Service Request #:** 1-841379181

Ben Rabbers
5507 Carpenter Ave
Valley Village, CA 91607 United States

# EXHIBIT B

| No | IP Address | GUID | P2PClient | HitDateUTC (MM/DD/YY) | FileName | FileHash | ISP | Region | City |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 67.165.155.137 | 2D415A343530342D717770646C6467707550566E | Vuze 4.5.0.4 | 05/28/2013 04:48:55 AM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | Comcast Cable | Illinois | Chicago |
| 2 | 71.193.100.164 | 2D415A353030302D65717579335A3364624B3252 | Vuze 5.0.0.0 | 05/27/2013 12:42:25 PM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | Comcast Cable | Illinois | Elgin |
| 3 | 50.141.191.45 | 2D4C54304340302D4A702E2D33675521792D354F | libtorrent (Rasterbar) 0.4.0 | 05/26/2013 05:40:12 PM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | Comcast Cable | Illinois | Chicago |
| 4 | 71.201.75.36 | 2D5554333233302D21707E65E012C3AA5FBC0B4E | µTorrent 3.2.3 | 05/10/2013 02:38:42 AM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | Comcast Cable | Illinois | Chicago |
| 5 | 98.213.161.98 | 4D372D382D302D2D69731D7762F3C9E94D06A6D3 | BitTorrent 7.8.0 | 05/06/2013 08:43:45 AM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | Comcast Cable | Illinois | Chicago |
| 6 | 68.58.6.96 | 2D5554333233302D2170FC988EDB81DA7F6A7A9B | µTorrent 3.2.3 | 05/02/2013 06:09:59 AM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | Comcast Cable | Illinois | Chicago |
| 7 | 98.213.31.204 | 4D372D362D312D2D9469C4EB409661C81E9D514C | BitTorrent 7.6.1 | 05/01/2013 05:27:07 PM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | Comcast Cable | Illinois | Peru |
| 8 | 24.14.75.224 | 2D5554333330422D257190F6BFD7B205FB1FC5E1 | µTorrent 3.3.0 (Beta) | 05/01/2013 02:38:44 PM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | Comcast Cable | Illinois | Chicago |
| 9 | 98.212.124.170 | 2D5554333330302D687322740B3BE11F4F9EB799 | µTorrent 3.3.0 | 05/01/2013 01:31:45 AM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | Comcast Cable | Illinois | Chicago |
| 10 | 71.228.63.119 | 2D554D313832302D5B716FD82CFB37BF26B03261 | µTorrent Mac 1.8.2 | 04/30/2013 06:45:04 PM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | Comcast Cable | Illinois | Saint Charles |
| 11 | 24.14.156.152 | 2D5554333330302D6873040A04F56D9D4FCB7760 | µTorrent 3.3.0 | 04/30/2013 06:57:25 AM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | Comcast Cable | Illinois | Elgin |
| 12 | 98.206.123.93 | 2D5554333330302D6873D5ECD39755E2E6EE9A47 | µTorrent 3.3.0 | 04/30/2013 02:06:10 AM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | Comcast Cable | Illinois | Oak Forest |
| 13 | 50.151.203.87 | 2D415A343930302D65684E6734684B6B74397863 | Vuze 4.9.0.0 | 04/29/2013 11:14:05 PM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | Comcast Cable | Illinois | Chicago |
| 14 | 64.53.189.133 | 2D5554333330302D68736670B825DFD80584F324 | µTorrent 3.3.0 | 04/29/2013 02:26:57 AM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | WideOpenWest | Illinois | Chicago |
| 15 | 98.253.247.208 | 2D5554333330302D6873C381B135DECEA5758EA7 | µTorrent 3.3.0 | 04/29/2013 01:50:16 AM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | Comcast Cable | Illinois | Aurora |
| 16 | 24.1.219.148 | 2D5554333330302D687361BD49E7E78D13E3BA96 | µTorrent 3.3.0 | 04/28/2013 10:39:30 PM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | Comcast Cable | Illinois | Chicago Heights |
| 17 | 50.129.193.39 | 2D5554333330302D6873CB67F38DD66B9A83C10F | µTorrent 3.3.0 | 04/28/2013 03:58:05 PM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | Comcast Cable | Illinois | Belvidere |
| 18 | 98.206.240.60 | 2D5554323231302D1662A0EE736A7EC28573BEA9 | µTorrent 2.2.1 | 04/28/2013 06:03:12 AM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | Comcast Cable | Illinois | Chicago |
| 19 | 50.103.21.184 | 2D5554333330302D68737B4594DB23545874401C | µTorrent 3.3.0 | 04/27/2013 10:58:10 PM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | Frontier Communications | Illinois | Roscoe |
| 20 | 71.57.45.102 | 544958303139332D6A3962306231633661346533 | BitTornado 18.33.0 | 04/27/2013 10:17:41 PM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | Comcast Cable | Illinois | Elmwood Park |
| 21 | 67.184.250.185 | 2D415A343530342D7457627855434766747626EA | Vuze 4.5.0.4 | 04/26/2013 09:22:45 AM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | Comcast Cable | Illinois | Round Lake |
| 22 | 98.227.152.231 | 2D5554333330302D68733525E947F48F4EE35B37 | µTorrent 3.3.0 | 04/26/2013 08:59:38 AM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | Comcast Cable | Illinois | Chicago |
| 23 | 98.206.6.38 | 4D372D382D302D2D17734A0AE9D648796A88DC7B | BitTorrent 7.8.0 | 04/26/2013 04:05:41 AM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | Comcast Cable | Illinois | Chicago |
| 24 | 50.140.171.237 | 2D5554333232302DB36F276432DFE511201211E4 | µTorrent 3.2.2 | 04/25/2013 01:22:42 AM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | Comcast Cable | Illinois | Darien |
| 25 | 71.194.226.213 | 2D415A343930302D5576576D61375A72576F7477 | Vuze 4.9.0.0 | 04/24/2013 12:06:06 PM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | Comcast Cable | Illinois | Mchenry |
| 26 | 67.176.210.132 | 4D372D382D302D2D6973C8FBD0846B36038E7C50 | BitTorrent 7.8.0 | 04/23/2013 09:23:45 PM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | Comcast Cable | Illinois | Rockford |
| 27 | 50.129.67.9 | 4D372D382D302D2D6973DED1F466852A6F44EBF4 | BitTorrent 7.8.0 | 04/23/2013 09:09:47 PM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | Comcast Cable | Illinois | Rockford |
| 28 | 98.193.8.196 | 2D415A343530342D367568697675504C526A3953 | Vuze 4.5.0.4 | 04/23/2013 06:32:04 PM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | Comcast Cable | Illinois | Waukegan |
| 29 | 67.175.155.178 | 2D5554333330302DC6718374CD860393FB4CEA29 | µTorrent 3.3.0 | 04/23/2013 10:44:27 AM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | Comcast Cable | Illinois | Gurnee |
| 30 | 67.174.135.122 | 2D415A343530342D45454346744854736E42534B | Vuze 4.5.0.4 | 04/23/2013 07:49:15 AM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | Comcast Cable | Illinois | Burbank |
| 31 | 67.176.197.88 | 2D5452323737302D6D636575687738746C366D33 | Transmission 2.77 | 04/23/2013 01:00:52 AM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | Comcast Cable | Illinois | Chicago |
| 32 | 67.176.212.115 | 2D5554333330302D6873D63BC3DAD3DF77ABF03B | µTorrent 3.3.0 | 04/22/2013 04:37:18 PM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | Comcast Cable | Illinois | Chicago |
| 33 | 64.53.157.121 | 2D554D313834302D00673BB1411083B33C313B95A | µTorrent Mac 1.8.4 | 04/22/2013 03:09:48 AM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | WideOpenWest | Illinois | Chicago |
| 34 | 76.16.203.57 | 2D5554333330302D68739E08E60F50F351032D18 | µTorrent 3.3.0 | 04/21/2013 11:52:35 PM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | Comcast Cable | Illinois | Joliet |
| 35 | 98.215.67.170 | 2D4243303133352D11321685153805EE787E2DCF | BitComet 1.35 | 04/21/2013 11:50:26 PM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | Comcast Cable | Illinois | Chicago |
| 36 | 68.58.4.9 | 2D5554333330302D6873D81ECCC44F604DFE64E9 | µTorrent 3.3.0 | 04/21/2013 08:08:01 PM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | Comcast Cable | Illinois | Chicago |

| # | IP | Hash | Client | Date/Time | Title | File Hash | ISP | State | City |
|---|---|---|---|---|---|---|---|---|---|
| 37 | 98.228.77.124 | 2D5452323733302D686379676A32746675626865 | Transmission 2.73 | 04/21/2013 05:31:53 PM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | Comcast Cable | Illinois | Homewood |
| 38 | 98.253.212.170 | 2D415A343930302D687771614A5853376E754362 | Vuze 4.9.0.0 | 04/21/2013 03:50:14 PM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | Comcast Cable | Illinois | Chicago |
| 39 | 50.151.237.5 | 2D554D313736422D2B6CEA56715D641E9797E735 | µTorrent Mac 1.7.6 (Beta) | 04/21/2013 03:40:51 PM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | Comcast Cable | Illinois | Chicago |
| 40 | 24.12.18.184 | 2D5554333330302D16736F1DCC20728D4E69FEBC | µTorrent 3.3.0 | 04/21/2013 09:55:22 AM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | Comcast Cable | Illinois | Chicago |
| 41 | 98.228.177.15 | 2D5554333330302D6873D07A7C659EF5A4AE27BD | µTorrent 3.3.0 | 04/21/2013 09:53:04 AM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | Comcast Cable | Illinois | Dekalb |
| 42 | 24.14.216.248 | 2D5554333330302D6873C513426D63D13D6D5EF0 | µTorrent 3.3.0 | 04/21/2013 04:26:01 AM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | Comcast Cable | Illinois | Frankfort |
| 43 | 50.151.14.77 | 2D5452323232302D6E7A317731756C7A64316561 | Transmission 2.22 | 04/20/2013 11:51:48 PM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | Comcast Cable | Illinois | Minooka |
| 44 | 74.199.42.17 | 2D5554333233302D21707625DEE72C6E9374457F | µTorrent 3.2.3 | 04/20/2013 04:13:06 PM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | WideOpenWest | Illinois | Park Ridge |
| 45 | 76.125.3.11 | 2D4147323234382D6D67335053435A43456E7473 | Ares 2.2.4.8 | 04/20/2013 03:49:25 PM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | Comcast Cable | Illinois | Chicago |
| 46 | 67.176.196.88 | 2D4243303133352D92D030308093869A4386372C | BitComet 1.35 | 04/20/2013 03:29:22 PM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | Comcast Cable | Illinois | Chicago |
| 47 | 24.12.104.105 | 2D415A343930302D32764546466B486262626B4F | Vuze 4.9.0.0 | 04/20/2013 11:14:35 AM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | Comcast Cable | Illinois | Chicago |
| 48 | 76.16.133.78 | 2D415A343831322D6367337169724631513058 31 | Vuze 4.8.1.2 | 04/20/2013 09:40:13 AM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | Comcast Cable | Illinois | Hanover Park |
| 49 | 98.228.183.216 | 2D5554333232302DB36F4BE258481C225C691DA0 | µTorrent 3.2.2 | 04/20/2013 03:15:39 AM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | Comcast Cable | Illinois | Dekalb |
| 50 | 71.239.195.109 | 2D5554333330302D68735BA43302B5B988028961 | µTorrent 3.3.0 | 04/20/2013 02:01:26 AM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | Comcast Cable | Illinois | Calumet City |
| 51 | 67.163.49.228 | 2D5554333233302D2170DC742EB952E45A3951BB | µTorrent 3.2.3 | 04/19/2013 10:23:17 PM | Under The Bed (2012) [1080p] | SHA1: D7D28385F747F9F397EE6B2DE63DEBDFE9A43528 | Comcast Cable | Illinois | Lake Zurich |