Gina Lawson
12816 South Emerald Ave.
Chicago, Il 60628

September 24, 2013

**To Whom It May Concern:**

I am writing this letter to file a protective motion To quash the subpoena issued by the United States District Court of Northern District of Illinois. The allegedly downloading of materials was Done through **FROST WIRE** which I believe was legal at the time. I was under the impression that the content at hand was a source Of shared media through **FROST WIRE** and was a legal media source. However, I believe **FROST WIRE** should be held responsible.

Gina Lawson

*/s/ Gina Lawson*

CASE NO: 1:13-cv-05295

**COMCAST**

NE&TO
650 Centerton Road
Moorestown, NJ 08057
866-947-8572 Tel
866-947-5587 Fax

**FILED**

SEP 26 2013

JUDGE HARRY D. LEINENWEBER
U.S. DISTRICT COURT JUDGE

September 18, 2013

*Personal and Confidential*

*Via UPS & USPS Delivery*

GINA LAWSON
12816 S EMERALD AVE
CHICAGO, IL 60628-7427

Re: *Site B, LLC v. Does 1-51*
United States District Court for the Northern District of Illinois
Docket No.: 1:13-cv-05295
Order Entered: August 22, 2013
Comcast File #: 501986

Dear Gina Lawson: