IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SITE B, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:13-cv-05295 |
| | ) | |
| v. | ) | |
| | ) | Honorable Harry D. Leinenweber |
| | ) | |
| DOES 1-51, | ) | Motion Date: October 31, 2013 |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION TO QUASH SUBPOENA

PLEASE TAKE NOTICE that Defendant Doe 39, as identified by IP Address 50.151.237.5 ("Defendant" or "Doe 39"),[1] in a SPECIAL AND LIMITED APPEARANCE by and through its attorneys, Johnson Law, LLC, and pursuant to Rules 20, 21, 26 and 45 of the Federal Rules of Civil Procedure, shall move before the Honorable Harry D. Leinenweber in Courtroom 1941, in the Courthouse located at 219 South Dearborn Street, Chicago, Illinois, or in his absence, before any judge sitting in his stead, on the **31st day of October, 2013, at 9:00 a.m.**, or as soon thereafter as counsel may be heard, for an Order dismissing/severing Doe 39 from this action and/or an Order quashing Plaintiff's subpoena.

[*Remainder of page left intentionally blank*]

---

[1] The issue of identity is central to the subpoena and to protect it, "Doe 39" is used in this Motion to identify the owner of IP Address 50.151.237.5.

                    Respectfully submitted,
                    JOHNSON LAW, LLC

                    _____
                    Tige C. Johnson,
                    Attorney for Defendant Doe 39.

JOHNSON LAW, LLC
Barrister Hall
29 South LaSalle Street
Suite 220
Chicago, Illinois 60603
312.456.9300
Atty No. 6271255
JL File #: 13 DEF 1056

**CERTIFICATE OF SERVICE AND NOTICE OF ELECTRONIC FILING**

The undersigned hereby certifies that a true and correct copy of the attached, <u>Notice of Motion to Quash Subpoena</u>, was electronically filed with the Clerk of the U.S. District using the CM/ECF system, which sent notification of such filing to all counsel of record on October 18, 2013.

_____
James S. Waddell
for
Johnson Law, LLC